BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**FILED**

FEB 28 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | 2:13-CR-0069 JAM |
| v. | ORDER TO SEAL |
| JEREMY ROSS LOUDEN, | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney William S. Wong to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 2/28/2013

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1