LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JEREMY LOUDEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-0069 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXCLUDE TIME AND CONTINUE STATUS CONFERENCE** |
| v. | |
| JEREMY ROSS LOUDEN, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, the court set this matter for a status conference on December 17, 2013.

2.  By this stipulation, defendant now moves to vacate this date and reset the status conference for February 18, 2014 at 9:45 a.m.

3.  The parties further stipulate to exclude time between December 17, 2013 and February 18, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3.  The parties agree and stipulate, and request that the Court find the following:

USA v. LOUDEN
2:13-cr-0069
Stip and [Proposed] Order Excluding Time

a. Counsel for defendant desires additional time to review and copy discovery, to conduct additional investigation, to conduct necessary legal research, and to prepare for trial.   c.

b. Counsel for defendant believes that failure to grant this request would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 17, 2013 to February 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), and Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

6. The prosecutor authorized Chris Cosca to sign his name to this stipulation.

IT IS SO STIPULATED.

DATED: December 16, 2013     /s/ Chris Cosca for
                             WILLIAM WONG
                             Assistant United States Attorney

USA v. LOUDEN
2:13-cr-0069
Stip and [Proposed] Order Excluding Time

1  DATED:      December 16, 2013      /s/ Chris Cosca
2                                     CHRIS COSCA
                                      Counsel for Defendant Jeremy Louden
3

**O R D E R**

IT IS SO FOUND AND ORDERED this 16th day of December, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

USA v. LOUDEN
2:13-cr-0069
Stip and [Proposed] Order Excluding Time