IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case № 2:13-cr-00069-JAM-CKD |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **DISMISSING DEFENDANT'S MOTION VACATE, SET ASIDE OR CORRECT SENTENCE** |
| JEREMY ROSS LOUDEN, | ) | |
| Defendant. | ) | |

Upon Defendant's motion to dismiss and supporting declaration, the Government stipulating no hearing is needed on this motion, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant JEREMY ROSS LOUDEN's motion to dismiss this action (ECF No. 39) is granted;

2. Defendant's motion to vacate, set aside or correct his sentence (Doc. 35) is dismissed; and

3. The Clerk of Court is directed to close the related civil case, No. 2:16-cv-1346 JAM CKD.

Dated: April 14, 2017

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE